1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO CASTANEDA,<br>　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 18-06812 BLF (PR)<br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On October 11, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that the action was deficient because he did not pay the filing fee or file an application to proceed *In Forma Pauperis* ("IFP"). (Docket No. 2.) On November 30, 2018, Plaintiff filed an IFP application that is deficient because it is not on the form used for this district, the Certificate of Fund in the Prisoner's Trust Account is not signed by an authorized prison official, and the prisoner trust account statement, dated July 9, 2018, is outdated and fails to show transactions for the last six months. (Docket No. 3.) Plaintiff filed additional pages on December 10, 2018, which does not remedy any of these deficiencies. (Docket No. 5.)

In the interest of justice, the Court shall grant Plaintiff an extension of time to file

the proper IFP application and the necessary supporting documentation.  Plaintiff shall file a IFP application on the proper form with a copy of his prisoner trust account statement showing transactions for the last six months, and a Certificate of Funds in the Prisoner's Trust Account signed by an authorized prison official **within twenty-eight (28) days** from the filing date of this order.  **Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

The Clerk is directed to send Plaintiff two copies of the court's IFP application, including a Certificate of Trust Funds in Prisoner's Account form, with a copy of this order.

**IT IS SO ORDERED.**

Dated: December 17, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Complete IFP App.
P:\PRO-SE\BLF\CR.18\06812Castaneda_eot-ifp.docx

2