UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO CASTANEDA,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | Case No. 18-06812 BLF (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The Clerk sent Plaintiff a notice that the action was deficient because he did not pay the filing fee or file an application to proceed *In Forma Pauperis* ("IFP"). (Docket No. 2.) On November 30, 2018, Plaintiff filed an IFP application which was deficient because it was not the form used for this district and failed to include a signed Certificate of Funds in the Prisoner's Trust Account and a current prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On December 10, 2018, Plaintiff filed additional pages which did not remedy any of these deficiencies. (Docket No. 5.)

In the interest of justice, the Court granted Plaintiff an extension of time until January 14, 2019, to file the proper IFP application and the necessary supporting documentation. (Docket No. 6.) Plaintiff was advised that failure to respond in

accordance with the Court's order in the time provided would result in the dismissal without prejudice of this action without further notice to Plaintiff. (*Id.*) On December 31, 2018, Plaintiff filed additional documents which again fail to satisfy the requirements of the last court order. (Docket No. 7.)

The time for filing a complete IFP application has passed. Accordingly, this action is **DISMISSED** for Plaintiff's failure to pay the filing fee or file a complete IFP application in the time provided.

The Clerk is directed to terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: January 22, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.18\06812Castaneda_dism

2