UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO CASTANEDA, <br> Plaintiff, <br> v. <br> UNKNOWN, <br> Defendant. | Case No. 18-06812 BLF (PR) <br><br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED.**

Dated: January 22, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\06812Castaneda_judg